UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-5382-GPC |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER DISMISSING THE SUPERSEDING INDICTMENT** |
| DIAMOND ENVIRONMENTAL SERVICES, LP, (1); DIAMOND MAINTENANCE SERVICES, LLC., (2); DIAMOND SOLID WASTE SERVICES, INC., (3); ARIE ERIC DE JONG, III, (4); WARREN VAN DAM (5); and JORGE LEYVA RODRIGUEZ (6), | [ECF No. 178] |
| Defendants. | |

**WHEREBY** the Court, having read and considered the motion of the United States to dismiss the Superseding Indictment, and finding good cause therein,

/ / /

**IT IS HEREBY ORDERED** that the Superseding Indictment is dismissed as to all Defendants.

**IT IS SO ORDERED.**

Dated: October 26, 2020

Hon. Gonzalo P. Curiel
United States District Judge